RE: April Lynn CUMMINGS
Docket Number: 1:05CR00111-01 AWI
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION



FILED
DEC 2 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

TO: File

## PETITIONING THE COURT

( X ) TO ISSUE A WARRANT
( )  TO ISSUE A SUMMONS
( )  OTHER:

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**    **Nature of Violation**

**Charge 1:**    **FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE OF RESIDENCE**

The defendant has failed to notify the probation officer of change in residence, in violation of standard condition number 6., *which required a ten day notice before such a change.*

**Charge 2:**    **NEW LAW VIOLATION**

On July 1, 2006, the releasee was *convicted of a violation of California law* ~~arrested by the Petaluma Police Department for violation of California Vehicle Code Section 10851(a) - Theft of a Vehicle and California Penal Code Section 496D(a) - Possession of a Stolen Vehicle,~~ in violation of the general condition to obey all laws.

**Justification:** On June 22, 2006, a home visit was conducted at the defendant's last known address, wherein the owner of the residence informed the probation officer that the defendant no longer lived there. Attempts to locate the defendant were met with negative results.