FILED

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>       Plaintiffs,            )<br>                              )<br>   vs.                        )<br>                              )<br> APRIL LYNN CUMMINGS,         )<br>                              )<br>       Defendant.             )<br> _____) | No. CR-05-111-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on January 8, 2007 to Turning Point for 100 days.

IT IS HEREBY ORDERED that the defendant shall be released to a representative from Turning Point forthwith. A certified Judgment and Commitment order to follow.


DATED:  1-16-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1